UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ENDOTACH LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:12-cv-01630-LJM-DKL |
| COOK MEDICAL INCORPORATED, | ) ) |
| Defendant. | ) |

### ENTRY OF JUDGMENT

Through an order dated August 6, 2013, this Court granted Defendant Cook Medical Incorporated's Motion to Dismiss for Lack of Jurisdiction: No Standing to Bring Suit. This cause is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs.

IT IS SO ORDERED.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Date: 08/06/2013

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Distribution attached.

Distribution:

Steven G. Cracraft
BRANNON ROBINSON SOWERS HUGHEL & DOSS PC
scracraft@brannonrobinson.com

Angela K. Hsieh
BRINKS HOFER GILSON & LIONE
ahsieh@brinkshofer.com

Carolyn M. Brougham
BRINKS HOFER GILSON & LIONE
cbrougham@brinkshofer.com

Dominic P. Zanfardino
BRINKS HOFER GILSON & LIONE
dzanfardino@brinkshofer.com

Jason W. Schigelone
BRINKS HOFER GILSON & LIONE
jschigelone@brinkshofer.com

Stephen C. Smith
BRINKS HOFER GILSON & LIONE
sxsmith@brinkshofer.com

Jeffry Michael Nichols
BRINKS HOFER GILSON & LIONE - CHICAGO IL
jnichols@brinkshofer.com

Jeremy Chase Branning
CLARK PARTINGTON HART ETC  - PENSACOLA FL
125 W ROMANA ST
STE 800
PENSACOLA, FL 32502

Michael T. Cooke
FRIEDMAN SUDER & COOKE
mtc@fsclaw.com

Brett Michael Pinkus
FRIEDMAN SUDER & COOKE - FORT WORTH TX
pinkus@fsclaw.com

Jonathan T Suder
FRIEDMAN SUDER & COOKE - FORT WORTH TX
jts@fsclaw.com

Glenn S. Orman
FRIEDMAN, SUDER & COOKE
orman@fsclaw.com